UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Tanya Boens
                Plaintiff,

v.                                Case No.: 1:14−cv−05059
                                         Honorable Elaine E. Bucklo

United States of America, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 7, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Petition for final settlement [105] is granted. Enter Final Order of Distribution. Status hearing set for 12/8/2017 is stricken and no appearance is required. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.